■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLYN PALMER, Appellant.—Judgment, Supreme Court, New York County, rendered November 2, 1979, unanimously affirmed. Appellant's appeal from the judgment rendered September 26, 1977 is dismissed, since by reason of resentence that judgment was vacated and the judgment rendered November 2, 1979 substituted therefor and it is only from that judgment that an appeal lies. No opinion. Concur—Sandler, J. P., Sullivan, Markewich, Lupiano and Carro, JJ.

■ GENERAL INSTRUMENT CORPORATION, Appellant, v FAIRCHILD CAMERA AND INSTRUMENT CORPORATION et al., Respondents.—Orders, Supreme Court, New York County, entered on November 30, 1979 and January 22, 1980, respectively, unanimously affirmed for the reasons stated by Klein, J., at Special Term. Respondents shall recover of appellant one bill of $50 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

■ GENERAL INSTRUMENT CORPORATION, Respondent, v FAIRCHILD CAMERA AND INSTRUMENT CORPORATION et al., Appellants.—Order, Supreme Court, New York County, entered on December 5, 1979, unanimously affirmed for the reasons stated by Klein, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

■

## (May 27, 1980)

■ 860 WEST TOWER,INC., Respondent, v NORMAN A. LEVY et al., Constituting the Tax Commission of the City of New York, et al., Appellants.—Order, Supreme Court, New York County, entered on April 5, 1979, unanimously affirmed, without costs and without disbursements, for the reasons stated by Kassal, J., at Special Term. Concur—Murphy, P. J., Kupferman, Fein, Sandler and Carro, JJ. [99 Misc 2d 377.]